IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ORLANDO BETHEL** and
**GLYNIS BETHEL,**

    Plaintiffs,

vs.                                  CASE NO. 5:11-cv-72/RS-EMT

**CITY OF PANAMA CITY, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). The parties have not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The case is **DISMISSED without prejudice** for Plaintiffs' failure to comply with an order of the court.

**ORDERED** on July 12, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**